Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Aastha Real Estate Investments LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 1 - 3 9 4 5 2 1 4 | |
| 4. Debtor's address | **Principal place of business**<br><br>658 Rt. 940<br>Number    Street<br><br>_____<br><br>Lake Harmony    PA    18624<br>City    State    ZIP Code<br><br>Monroe<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>PO Box 850<br>P.O. Box<br><br>Blakeslee    PA    18610<br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Multiple Properties<br>Number    Street<br><br>Pocono Country Place<br><br>Tobyhanna    PA    18466<br>City    State    ZIP Code |
| 5. Debtor's website (URL) | N/A | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | Aastha Real Estate Investments LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5 3 1 3

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
             MM / DD / YYYY
         District _____ When _____ Case number _____
             MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
            MM / DD / YYYY
        Case number, if known _____

Debtor   Aastha Real Estate Investments LLC                    Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number     Street

_____
City                              State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
        Contact name   _____
        Phone          _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

| Debtor | Aastha Real Estate Investments LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/31/2022
MM / DD / YYYY

X _Shatrughan_ (signature)    Shatrughan Sinha
Signature of authorized representative of debtor    Printed name

Title  Sole Member

**18. Signature of attorney**

X _(signature)_    Date  03/31/2022
Signature of attorney for debtor    MM / DD / YYYY

Philip W. Stock
Printed name
Law Office of Philip W. Stock
Firm name
706 Monroe Street
Number    Street
Stroudsburg    PA    18360
City    State    ZIP Code

(570) 420-0500    pwstock@ptd.net
Contact phone    Email address

53203    PA
Bar number    State

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Aastha Real Estate Investments LLC,  :  Chapter 11
    Debtor

                                                         :  Case No.

                                                         :

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION
## (RESOLUTION)

I, Shatrughan Sinha, declare under penalty of perjury that I am the Sole Member, of a Limited Liability Company (LLC) and that on March 31, 2022, the following resolution was duly adopted by the Sole Member of the entity:

"Whereas, it is in the best interests of this LLC to file a Voluntary Petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Shatrughan Sinha, Sole Member of this entity, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that Shatrughan Sinha, Sole Member of this entity, is authorized and directed to appear in all bankruptcy proceedings on behalf of the entity and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the entity in connection with such bankruptcy case; and

Be It Further Resolved, that Shatrughan Sinha, Sole Member of this LLC, is authorized and directed to employ Philip W. Stock, attorney and the law firm of Law Office of Philip W. Stock to represent the entity in such bankruptcy case."


Executed on: 03/31/2022        Signed: *Shatrughan* (signature)
                                                          Shatrughan Sinha, Sole Member
                                                          Aastha Real Estate Investments LLC
                                                          658 Rt. 940
                                                          Lake Harmony, PA 18624

Aastha Real Estate Investments LLC
PO Box 850
Blakeslee, PA 18610


Alliance Servicing, LLC
95 Highland Ave. #300
Bethlehem, PA 18017


BSI Financial Services
314 S. Franklin St.
PO Box 517
Titusville, PA 16354


Direct Access Capital, LLC
1601 Elm Street, Floor 33
Dallas, TX 75201


DLP Lending Fund, LLC
1487 2nd Street
Pen Argyl, PA 18072


Heracles Agency Services LLC
6100 Park Heights Ave.
Baltimore, MD 21215


Jill M. Fein, Esquire
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA 19067


Mofin Lending Corporation
1204 Broadway
New York, NY 10001


Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360


Philip W. Stock, Esquire
706 Monroe Street
Stroudsburg, PA 18360

PML Funding LLC
1200 Tarpon Woods Blvd.
PO Box 242
Palm Harbor, FL 34685


Sama Real Estate Investments
2673 Bouldercrest Court
Snellville, GA 30039


Shatrughan Sinha
1735 Stohl Valley Rd.
Palmerton, PA 18071


Timber Hill Community Association
221 Killington Dr.
Henryville, PA 18332

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Pennsylvania**

In re:     Aastha Real Estate Investments LLC     Case No. _____

Debtor     Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) do hereby certify under penalty of perjury that the attached Creditor Matrix is complete, correct and consistent with the Debtor's Schedules pursuant to Local Bankruptcy Rules and I/We assume all responsibility for errors and omissions.

Dated: __03/31/2022__     Signed: __Shatrughan__
    Shatrughan Sinha, Sole Member
    Aastha Real Estate Investments LLC