☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**   $_____0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo | Business | 0 8 1 3 | $_____-5.13 |
| 3.2. | | | $_____ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. | $_____0.00 |
|---|---|
| 4.2. | $_____ |

**5. Total of Part 1**   $_____-5.13

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $_____ |
|---|---|
| 7.2. | $_____ |

Case 5:22-bk-00577-MJC    Doc 26    Filed 05/29/22    Entered 05/29/22 14:12:13    Desc
Main Document    Page 1 of 28

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____ 0.00

---

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ........→    $_____
                              face amount          doubtful or uncollectible accounts

11b. Over 90 days old:       _____  –  _____  = ........→    $_____
                              face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____ 0.00

---

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____ 0.00

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Case 5:22-bk-00577-MJC    Doc 26    Filed 05/29/22    Entered 05/29/22 14:12:13    Desc
Main Document     Page 3 of 28

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

Case 5:22-bk-00577-MJC    Doc 26    Filed 05/29/22    Entered 05/29/22 14:12:13    Desc
Main Document          Page 4 of 28

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels** | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.      SEE ATTACHMENT FOR ADDITIONAL REAL PROPERTY

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Residential Rental: 10 Rockspring Ct. | Fee Simple | $ | | $ 325,000.00 |
| 55.2 Lake Harmony, PA 18624 | | $ | | $ |
| 55.3 Residential Rental: 240 PowderHorn Dr. | Fee Simple | $ | | $ 175,000.00 |
| 55.4 Henryville, PA 18322 | | $ | | $ |
| 55.5 Residential Rental: 2306 Chatham Ct. | Fee Simple | $ | | $ 85,000.00 |
| 55.6 Bushkill, PA 18324 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 3,281,111.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Case 5:22-bk-00577-MJC    Doc 26    Filed 05/29/22    Entered 05/29/22 14:12:13    Desc
Main Document        Page 6 of 28

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____ _____ − _____ = → $ _____
                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $ _____
_____ Tax year _____ $ _____
_____ Tax year _____ $ _____

73. **Interests in insurance policies or annuities**

_____ $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $ _____

Nature of claim   _____
Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $ _____

Nature of claim   _____
Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____ $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ $ _____
_____ $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$ **0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ -5.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ..............................................➔ | | $ 3,281,111.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................ 91a. | $ -5.13 | + 91b. $ 3,281,111.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .......................................................................................... $ 3,281,105.90

# ATTACHMENT

**Debtor:**  Aastha Real Estate Investments LLC          **Case No.**  22-bk-00577

**Part 9:  Real Property**

**55.4**    **Description/location of property:** Residential Rental
1093 Lancaster Dr.
Bushkill, PA 18324

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 250,000.00

**55.5**    **Description/location of property:** Residential Rental
2504 Waterfront Dr.
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:**  Fee Simple
**Current value of Debtor's interest:** 110,000.00

**55.6**    **Description/location of property:** Residential Rental
8574 Bumble Bee Way
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 100,000.00

**55.7**  **Description/location of property:**  Residential Rental
4526 Briarcliff Ter.
Coolbaugh Twp.
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:**  Fee Simple
**Current value of Debtor's interest:**  120,000.00


**55.8**  **Description/location of property:**  Residential Rental
9075 Idlewild Dr.
Coolbaugh Twp.
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:**  Fee Simple
**Current value of Debtor's interest:**  90,000.00


**55.9**  **Description/location of property:**  Residential Rental
7097 Cypress Ln.
Coolbaugh Twp.
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:**  Fee Simple
**Current value of Debtor's interest:**  125,000.00


**55.10**  **Description and location of property:**  Residential Rental
519 Country Place Dr.
Coolbaugh Twp.
Tobyhanna, PA 18466

**Nature and extent of Debtor's interest:**  Fee Simple
**Current value of Debtor's interest:**  115,000.00

**55.11** **Description/location of property:** Residential Rental
9165 Brandywine Dr.
Coolbaugh Twp.
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 100,000.00

**55.12** **Description/location of property:** Residential Rental
8465 Bumble Bee Way
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 120,000.00

**55.13** **Description/location of property:** Residential Rental
2845 Fairhaven Dr.
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 110,000.00

**55.14** **Description/location of property:** Residential Rental
9245 Westwood Dr.
Tobyhanna, PA 18466

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 115,000.00

**55.15** **Description/location of property:** Residential Rental
38-7 Woodedge Ave.
Edison, NJ 08817

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 160,000.00

**55.16** **Description/location of property:** Residential Rental
81 Tindall Rd.
Robbinsville, NJ 08691

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 381,111.00

**55.17** **Description/location of property:** Residential Rental
186 Elm Rd.
Princeton, NJ 08540

**Nature/extent of Debtor's interest:** Fee Simple
**Current value of Debtor's interest:** 800,000.00

*The title to this property is at issue because of claimed foreclosure/Sheriff's Sale of property.

Debtor name __Aastha Real Estate Investments LLC__

United States Bankruptcy Court for the: __Middle__ District of __PA__
(State)

Case number (If known): __22-bk-00577__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Direct Access Capital

**Creditor's mailing address**
1601 Elm Street, Floor 33
Dallas, TX 75201

**Creditor's email address, if known**

**Date debt was incurred** 01/10/19

**Last 4 digits of account number** 0 6 1 7

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Monroe County Judgments

**Describe debtor's property that is subject to a lien**
Sch. A/B Real Property: 55.5, 55.6, 55.7, 55.8, 55.10, 55.11, 55.12, 55.13, 55.14

**Describe the lien** Recorded Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 543,000.00    Column B: $ 980,000.00

**2.2**

**Creditor's name**
DLP Lending Fund, LLC

**Creditor's mailing address**
1487 2nd Street
Pen Argyl, PA 18072

**Creditor's email address, if known**

**Date debt was incurred** 10/15/20

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
Monroe County Judgments
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Sch. A/B 55.17
186 Elm Rd.
Princeton, NJ 08540

**Describe the lien** Mortgage on premises / Judgments Monroe County, PA, Carbon County, PA and Pike County, PA
*Question regarding title to property.
Property may have been sold at Sheriff's Sale.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 643,575.27    Column B: $ 800,000.00

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. — $ 3,859,133.22

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

Evergreen Real Estate Investments, LLC

**Creditor's mailing address**

838 Green Street, Suite 202
Iselin, NJ 08830

**Creditor's email address, if known**

_____

**Date debt was incurred** 09/24/19

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  Monroe County Judgments
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Sch. A/B 55.3, 55.4
2306 Chatham Ct., Bushkill, PA 18324
1093 Lancaster Dr., Bushkill, PA 18324

**Describe the lien** Recorded Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300,000.00     $ 335,000.00

---

**2.4** **Creditor's name**

Fay Servicing

**Creditor's mailing address**

PO Box 88009
Chicago, IL 60680

**Creditor's email address, if known**

_____

**Date debt was incurred** 05/05/17

**Last 4 digits of account number** 4 4 9 4

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  Monroe County Judgments
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Sch. A/B 55.1, 55.2
10 Rockspring Ct., Lake Harmony, PA 18624
240 PowderHorn Rd.,Henryville, PA 18332

**Describe the lien** Recorded Mortgages

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 336,000.00     $ 500,000.00

---

Case 5:22-bk-00577-MJC    Doc 26    Filed 05/29/22    Entered 05/29/22 14:12:13    Desc
Main Document    Page 14 of 28

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BSI Financial Services<br>314 S. Franklin St.  PO Box 517<br>Titusville, PA 16354 | Line 2. 1 | __ __ __ __ |
| James T. Shoemaker, Esquire   Hourigan, Kluger & Quinn<br>600 Third Avenue<br>Kingston, PA 18704 | Line 2. 9 | __ __ __ __ |
| Jill M. Fein, Esquire  Hill Wallack LLP<br>777 Township Line Road, Suite 250<br>Yardley, PA 19067 | Line 2. 1 | __ __ __ __ |
| Karina Velter, Esquire   Hladik, Onorato & Federman, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454 | Line 2. 6 | __ __ __ __ |
| Lending Home Funding Corp.<br>315 Montgomery St.  Floor 16<br>San Francisco, CA 94104 | Line 2. 6 | __ __ __ __ |
| Vincent Dimaiolo, Jr., Esquire   Fein, Such, Kahn & Shephard P.C.<br>7 Century Drive  Suite 201<br>Parsippany, NJ 07054 | Line 2. 2 | __ __ __ __ |
| Alicia Sandoval, Esquire   Pincus Law Group, PLLC<br>2929 Arch Street  Suite 1700<br>Philadelphia, PA 19104 | Line 2. 1 | __ __ __ __ |
| Heracles Agency Services, LLC<br>106 Carstensen Dr.<br>Scarsdale, NY 10583 | Line 2. 1 | __ __ __ __ |
| SN Loan Servicing<br>323 5th Street<br>Eureka, CA 95501 | Line 2. 4 | __ __ __ __ |
| Barry W. DeGroot, Esquire<br>95 Highland Avenue, Suite 300<br>Bethlehem, PA 18017 | Line 2. 2 | __ __ __ __ |
| Alliance Servicing LLC<br>605 Palencia Club Drive<br>Saint Augustine, FL 32095 | Line 2. 2 | __ __ __ __ |
| R. James Kravitz, Esquire / Fox Rothchild<br>997 Lenox Drive<br>Lawrenceville, NJ 08648 | Line 2. 11 | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |

Case 5:22-bk-00577-MJC    Doc 26    Filed 05/29/22    Entered 05/29/22 14:12:13    Desc
Main Document      Page 15 of 28

# ATTACHMENT

**Debtor:** Aastha Real Estate Investments LLC        **Case No.** 22-bk-00577

## Schedule D: Creditors Who Have Claims Secured by Property

**2.5**    **Creditor's name:** Kiavi Funding, Inc.
**Creditor's mailing address:** 2 Allegheny Center, Nova Tower 2, Suite 200
Pittsburgh, PA 15212

**Date debt was incurred:** 1/10/19
**Last 4 digits of account number:** 0617
**Do multiple creditors have an interest in the same property:** No

**Describe debtor's property that is subject to a lien:** 38-7 Woodedge Ave.
Edison, NJ 08817

**Describe the lien:** Recorded Mortgage
**Is the creditor an insider or related party?** No
**Is anyone else liable on this claim?** No

**As of the petition filing date, the claim is:**        __ **Contingent**
__ **Unliquidated**
**X** **Disputed**
**Amount of claim:** 180,032.03
**Value of collateral:** 160,000.00

*Debtor believes that the correct claim amount is, approximately, 110,000.00

**2.6**     **Creditor's name:** PS Funding, Inc.
         **Creditor's mailing address:** 2121 Park Place, Ste. 250
                                        El Segundo, CA 90245

         **Date debt was incurred:** 12/01/17
         **Last 4 digits of account number:**
         **Do multiple creditors have an interest in the same property:** No

         **Describe debtor's property that is subject to a lien:** 81 Tindall Rd.
                                          Robbinsville, NJ 08691

         **Describe the lien:** Recorded Mortgage
         **Is the creditor an insider or related party?** No
         **Is anyone else liable on this claim?** No

         **As of the petition filing date, the claim is:**      __ **Contingent**
                                                         __ **Unliquidated**
                                                           __ **Disputed**
         **Amount of claim:** 442,500.00
         **Value of collateral:** 381,111.00

 

**2.7**     **Creditor's name:** Toorak Capital Partners, LLC
         **Creditor's mailing address:**   15 Maple St.
                                        Summit, NJ 07901

         **Date debt was incurred:** 11/15/19
         **Last 4 digits of account number:** 0617
         **Do multiple creditors have an interest in the same property:** Yes -
Monroe County Judgments

         **Describe debtor's property that is subject to a lien:** 7097 Cypress Ln.
                                          Coolbaugh Twp.
                                          Tobyhanna, PA 18466

         **Describe the lien:** Recorded Mortgage
         **Is the creditor an insider or related party?** No
         **Is anyone else liable on this claim?** Yes

         **As of the petition filing date, the claim is:**      __ **Contingent**
                                                         __ **Unliquidated**
                                                           __ **Disputed**
         **Amount of claim:** 100,000.00
         **Value of collateral:** 125,000.00

**2.8**     **Creditor's name:**  Alliance Servicing, LLC
        **Creditor's mailing address:**  605 Palencia Club Drive
                                                  Saint Augustine, FL 32095

**Date debt was incurred:** 10/15/20
**Last 4 digits of account number:**

**Describe debtor's property that is subject to a lien:**  All property in
Monroe County, PA

**Describe the lien:** Judgment / Monroe County, PA
**Is the creditor an insider or related party?**  No
**Is anyone else liable on this claim?**  No

**As of the petition filing date, the claim is:**     __ **Contingent**
                                                              __ **Unliquidated**
                                                              **X Disputed**
**Amount of claim:**  364,844.00
**Value of collateral:**  All property in Monroe County, PA

*Debtor believes that this claim is part of the same claim claimed by
 DLP Lending (Please see 2.2)

**2.9**     **Creditor's name:**  Sama Real Estate Investments
        **Creditor's mailing address:**  2673 Bouldercrest Court
                                                  Snellville, GA 30039

**Date debt was incurred:** 11/19/20
**Last 4 digits of account number:**

**Describe debtor's property that is subject to a lien:**  All property in
Monroe County, PA

**Describe the lien:** Judgment / Monroe County, PA
**Is the creditor an insider or related party?**  No
**Is anyone else liable on this claim?**  No

**As of the petition filing date, the claim is:**     __ **Contingent**
                                                              __ **Unliquidated**
                                                              **X Disputed**
**Amount of claim:**  283,287.96
**Value of collateral:**  All property in Monroe County, PA

**2.10** **Creditor's name:** Timber Hill Community Association
**Creditor's mailing address:**   221 Killington Dr.
Henryville, PA 18332

**Date debt was incurred:** 02/19/21
**Last 4 digits of account number:**

**Describe debtor's property that is subject to a lien:** 240 PowderHorn Dr.
Henryville, PA 18322

**Describe the lien:** Judgment / Monroe County, PA
**Is the creditor an insider or related party?** No
**Is anyone else liable on this claim?** No

**As of the petition filing date, the claim is:**     __ **Contingent**
__ **Unliquidated**
__ **Disputed**

**Amount of claim:** 1,000.00
**Value of collateral:** 175,000.00

**2.11** **Creditor's name:** First American Title
**Creditor's mailing address:**   First American Financial Group
1 American Way
Santa Ana, CA 92707

**Date debt was incurred:** 2021
**Last 4 digits of account number:**

**Describe debtor's property that is subject to a lien:**

**Describe the lien:** Judgments / Mercer County, NJ
**Is the creditor an insider or related party?** No
**Is anyone else liable on this claim?** Yes

**As of the petition filing date, the claim is:**     __ **Contingent**
__ **Unliquidated**
**X** **Disputed**

**Amount of claim:** 594,893.96 (Exhibit A)
**Value of collateral:** 1,181,111.00

**2.12**   **Creditor's name:**  Monroe County Tax Claim Bureau
**Creditor's mailing address:**  1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

**Date debt was incurred:**  2021
**Last 4 digits of account number:**  N/A

**Describe debtor's property that is subject to a lien:** All property in Monroe
County, PA

**Describe the lien:**  2021 Real Estate Property Taxes
**Is the creditor an insider or related party?**  No
**Is anyone else liable on this claim?**  No

**As of the petition filing date, the claim is:**      __ **Contingent**
__ **Unliquidated**
__ **Disputed**
**Amount of claim:**  60,000.00
**Value of collateral:**  All property in Monroe County, PA


**2.13**   **Creditor's name:** Pike County Tax Claim Bureau
**Creditor's mailing address:**  506 Broad Street
Milford, PA 18337

**Date debt was incurred:**  2021
**Last 4 digits of account number:**  N/A

**Describe debtor's property that is subject to a lien:** 1093 Lancaster Dr.
Bushkill, PA 18324
**Describe the lien:**  2021 Real Estate Property Taxes
**Is the creditor an insider or related party?**  No
**Is anyone else liable on this claim?**  No

**As of the petition filing date, the claim is:**      __ **Contingent**
__ **Unliquidated**
__ **Disputed**
**Amount of claim:**  5,000.00
**Value of collateral:**  250,000.00

**2.14**   **Creditor's name:** Carbon County Tax Claim Bureau
**Creditor's mailing address:** 2 Hazard Square, 1st Floor
Jim Thorpe, PA 18229

**Date debt was incurred:** 2021
**Last 4 digits of account number:** N/A

**Describe debtor's property that is subject to a lien:** 10 Rockspring Ct.
Lake Harmony, PA 18624
**Describe the lien:** 2021 Real Estate Property Taxes
**Is the creditor an insider or related party?** No
**Is anyone else liable on this claim?** No

**As of the petition filing date, the claim is:**      __ **Contingent**
__ **Unliquidated**
__ **Disputed**
**Amount of claim:** 5,000.00
**Value of collateral:** 325,000.00

Fill in this information to identify the case:

Debtor    Aastha Real Estate Investments LLC

United States Bankruptcy Court for the: _____ Middle \_\_\_\_\_ District of   PA
<br>(State)

Case number   22-bk-00577
<br>(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors** have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ <br>*Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | $ _____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_ <br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | Is the claim subject to offset? <br>☐ No <br>☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ <br>*Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | $ _____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_ <br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | Is the claim subject to offset? <br>☐ No <br>☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.3**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ <br>*Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed | $ _____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_ <br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | Is the claim subject to offset? <br>☐ No <br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Partnership Taxes

$ 5,917.59

Date or dates debt was incurred    2016 - 2022
Last 4 digits of account number    5  2  1  4

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a.  Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b.  Total claims from Part 2 | 5b. + | $ | 5,917.59 |
| 5c.  Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,917.59 |

Fill in this information to identify the case:

Debtor name __Aastha Real Estate Investments LLC__

United States Bankruptcy Court for the: __Middle__ District of __PA__
(State)

Case number (If known): __22-bk-00577__ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease | Gunjan Visaroliya<br>38-7 Woodedge Ave. Apt. 7<br>Edison, NJ 08817 |
| | State the term remaining | February 15, 2024 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease | Diamond Durham<br>7097 Cypress Ln.<br>Tobyhanna, PA 18466 |
| | State the term remaining | Lease expired | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease Agreement | Keepers Holdings Inc.<br>PO Box 850<br>Blakeslee, PA 18610 |
| | State the term remaining | February 15, 2024 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** Puneet Sinha | 1735 Strohl Valley Rd. <br> Street | | Toorak Capital <br> Partners, LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| | Palmerton   PA   18071 <br> City    State    ZIP Code | | | |
| **2.2** Puneet Sinha | 1735 Strohl Rd. <br> Street | | Fay Servicing | ☒ D <br> ☐ E/F <br> ☐ G |
| | Palmerton   PA   18071 <br> City    State    ZIP Code | | | |
| **2.3** Shatrughan Sinha | 1735 Strohl Valley Rd. <br> Street | | DLP Lending Fund LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| | Palmerton   PA   18071 <br> City    State    ZIP Code | | | |
| **2.4** Puneet Sinha | 1735 Strohl Valley Rd. <br> Street | | DLP Lending Fund LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| | Palmerton   PA   18071 <br> City    State    ZIP Code | | | |
| **2.5** Puneet Sinha | 1735 Strohl Valley Rd. <br> Street | | First American Title | ☒ D <br> ☐ E/F <br> ☐ G |
| | Palmerton   PA   18071 <br> City    State    ZIP Code | | | |
| **2.6** | <br> Street | | | ☐ D <br> ☐ E/F <br> ☐ G |
| | <br> City    State    ZIP Code | | | |

| Fill in this information to identify the case: |

Debtor name    Aastha Real Estate Investments LLC

United States Bankruptcy Court for the:    Middle    District of   PA
                                                      (State)

Case number (If known):    22-bk-00577

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*........................................................................................................

$ 3,281,111.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*....................................................................................................

$        -5.13

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*......................................................................................................

$ 3,281,105.90

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................

$ 3,859,133.22

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................

$        0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................................

+ $      5,917.59

4. **Total liabilities**....................................................................................................................................
    Lines 2 + 3a + 3b

$ 3,865,050.70

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals
Case 5:22-bk-00577-MJC   Doc 26   Filed 05/29/22   Entered 05/29/22 14:12:13   Desc
Main Document     Page 27 of 28

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/27/2022___     X ____Shatrughan____
        MM / DD / YYYY                             Signature of individual signing on behalf of debtor

                                      Shatrughan Sinha
                                      Printed name

                                      Sole Member
                                      Position or relationship to debtor